**DISMISS and Opinion Filed January 26, 2022**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00707-CV

**RODNEY BROWN, Appellant**
**V.**
**TEXAS WORKFORCE COMMISSION, AND A.W. BROWN-FELLOWSHIP LEADERSHIP ACADEMY F.K.A.  A.W. BROWN FELLOWSHIP CHARTER SCHOOL, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-06425**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Schenck

Appellant's brief in this case is overdue. By postcard dated December 8, 2021, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days.  We cautioned appellant that failure to file his brief by that time might result in the dismissal of this appeal without further notice.  To date, appellant has not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

210707F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RODNEY BROWN, Appellant

No. 05-21-00707-CV          V.

TEXAS WORKFORCE
COMMISSION, AND A.W.
BROWN-FELLOWSHIP
LEADERSHIP ACADEMY F.K.A.
A.W. BROWN FELLOWSHIP
CHARTER SCHOOL, Appellees

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-06425.
Opinion delivered by Justice
Schenck. Justices Osborne and
Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered January 26, 2022